

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2014

No. 04-14-00190-CV

**ONEWEST BANK, FSB**,
Appellant

v.

**THE ESTATE OF EDITH H. FRAHM**,
Appellee

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2012PC0915
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

  The parties' joint motion for extension of time is GRANTED. Appellant's brief is due to be filed on or before September 16, 2014. Appellee's brief will be due sixty days after appellant files its brief.

_____
Karen Angelini, Justice

  IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court